U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRENT HOUSTON** | **CIVIL ACTION NO. 06-1636-P** |
| **VERSUS** | **JUDGE STAGG** |
| **LARRY C. DEEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding lost property and the law library are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 18th day of September, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE